# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2007

133294

RICK BEAVERS,
      Plaintiff-Appellant,

v

BARTON MALOW COMPANY, JOMAR
BUILDING COMPANY, INC., SPILLIS
CARDELLA, DMJM, a/k/a DMJA, INC.,
and ROBERT SMITH,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133294
COA: 269007
Wayne CC: 03-309389-NO

_____/

On order of the Court, the application for leave to appeal the January 18, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address whether, in light of MCR 7.205(F)(3), the following cases were properly decided: *Riza v Niagara Machine & Tool Works, Inc*, 411 Mich 915 (1980); and *People v Kincade (On Remand)*, 206 Mich App 477 (1994). The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2007

_____
Clerk

s0710